# Court of Appeals
# of the State of Georgia

ATLANTA,  July 10, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2086.  GREEN v. THE STATE.**

William Green filed a motion to remand, requesting that his appeal be remanded to the trial court in order to conduct a hearing on his motion complete the record. During the jury trial, Green sought to introduce a letter into evidence, the State objected and a bench conference occurred regarding the admission of a letter. The conference was not transcribed. Following the hearing, the trial court sustained the objection stating that the letter would not be admitted at that time. The letter was never admitted into evidence.

"This is a felony case, and in felony cases the State is responsible for ensuring that a correct and complete transcript is created, preserved, and provided to the defendant upon his request." *Johnson v. State*, 302 Ga. 188, 192 (3) (a) (805 SE2d 890) (2017).  The trial transcript does not contain the bench conference regarding the admissibility of the letter. When a matter is not transcribed "the State can try to recreate the transcript under OCGA § 5-6-41 (f) and (g)." Id. at 193 (3) (a) (footnote omitted). Green filed a motion to complete the record in order to have a transcript produced by recollection, pursuant to OCGA § 5-6-41 (f). However, the trial court did not rule on Green's motion to complete the record, or conduct a hearing pursuant to OCGA § 5-6-41 (f), prior to ruling on Green's motion for new trial.

As the transcript of Green's felony case is not complete, and Green has requested that the transcript be completed through OCGA § 5-6-41 (f), we hereby GRANT his motion and remand this matter to the trial court to conduct a hearing on

Green's motion to complete the record.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  07/10/2019*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*

             *, Clerk.*